```
JARED E. PETERSON (State Bar No. 49700)
LAW OFFICES OF JARED E. PETERSON
2017 Lincoln Street
Berkeley, California 94709
Telephone: (510) 841-4462
Facsimile: (510) 841-4464

Attorneys for Plaintiffs,
VERSIL MILTON, CHRIS BEAGLE, ANDREW LORRICK,
JAMIEL JAMIESON, ED ZELTMAN, and JON HOLIDAY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VERSIL MILTON, CHRIS BEAGLE, ANDREW LORRICK, JAMIEL JAMIESON, ED ZELTMAN, and JON HOLIDAY, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUEPOSITION, INC.,<br><br>Defendant. | Case No.: C08-03616<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>**COLLECTIVE ACTION**<br><br>**CLASS ACTION** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 27, 2008

LAW OFFICES OF JARED E. PETERSON

By _____
Jared E. Peterson
Attorneys for Plaintiffs, VERSIL MILTON,
CHRIS BEAGLE, ANDREW LORRICK,
JAMIEL JAMIESON, ED ZELTMAN,
and JON HOLIDAY

---

PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
*Beagle, et al. v. TruePosition, Inc.*

1