UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VERSIL MILTON and CHRIS BEAGLE, )
on Behalf of Themselves and those )
Similarly Situated, )
                          Plaintiffs, )
v. )
TRUEPOSITION, INC., )
                          Defendant. )

Case No: C 08-03616 SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

      J. Derek Braziel, an active member in good standing of the bar of Texas, whose business address and telephone number is Lee & Braziel, LLP 1801 N. Lamar St. Suite 325 Dallas, Texas 75202, (214) 749-1400, having applied in the above-entitled action for permission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/19/08

_____
United States Judge Susan Illston

# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

July 28, 2008

RE: **Mr. Jimmy Derek Braziel**
State Bar Number - **00793380**

To Whom it May Concern:

This is to certify that Mr. Jimmy Derek Braziel was licensed to practice law in Texas on November 03, 1995 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh

P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222