| | |
|---|---|
| Jared E. Peterson, State Bar No. 49700<br>jaredep@pacbell.net<br>LAW OFFICES OF JARED E. PETERSON<br>2017 Lincoln Street<br>Berkeley, California 94709<br>Telephone: 510.841.4462<br>Facsimile: 510.841.4464<br><br>*Attorneys for Plaintiffs*<br>VERSIL MILTON, CHRIS BEAGLE,<br>ANDREW LORRICK, JAMIEL JAMIESON,<br>ED ZELTMAN, AND JON HOLIDAY | J. Derek Braziel, TX Bar No. 00793380<br>Lee & Braziel, LLP<br>1801 N. Lamar Street, Suite 325<br>Dallas, Texas 75202<br>Telephone: 214.749.1400<br><br>*Pro Hac Vice Pending* |
| Rebecca Eisen, State Bar No. 96129<br>reisen@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, California 94105-1126<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br><br>*Attorneys for Defendant*<br>TRUEPOSITION, INC. | Brian L. Johnsrud, State Bar No. 184474<br>bjohnsrud@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, California 94306-2122<br>Telephone: 650.843.4000<br>Facsimile: 650.843.4001 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERSIL MILTON, CHRIS BEAGLE, ANDREW LORRICK, JAMIEL JAMIESON, ED ZELTMAN, AND JON HOLIDAY, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUEPOSITION, INC.,<br><br>    Defendant. | **CASE NO. C08-03616 SI**<br><br>COLLECTIVE ACTION/CLASS ACTION<br><br>**JOINT STIPULATION AND PROPOSED ORDER CONTINUING CERTAIN LITIGATION DEADLINES**<br><br><br>Judge: Hon. Susan Illston<br>Complaint Filed: July 29, 2008<br>Trial Date: Not set. |

## JOINT STIPULATION

Plaintiffs Versil Milton, Chris Beagle, Andrew Lorrick, Jamiel Jamieson, Ed Zeltman and Jon Holiday ("Plaintiffs") and Defendant TruePosition, Inc. ("Defendant" or "TruePosition"), by and through their respective counsel of record named herein, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on July 29, 2008;

WHEREAS, the Court set certain litigation deadlines based on the July 29, 2008 filing date, including the last day to meet and confer regarding initial disclosures, ADR process selection, and the discovery plan;

WHEREAS, Plaintiffs served the Complaint on TruePosition on September 24, 2008;

WHEREAS, TruePosition's response to Plaintiff's Complaint is currently due on October 14, 2008;

WHEREAS, TruePosition's responsive pleading deadline is just three days before the existing deadline to meet and confer regarding initial disclosures, ADR process selection, and the discovery plan;

WHEREAS, the parties have stipulated to a short continuance of the deadline for TruePosition's responsive pleading as well as certain existing (and corresponding) litigation deadlines;

WHEREAS, neither party has been or will be prejudiced by the short continuation of these certain litigation deadlines, and no prior extensions have been sought;

THEREFORE, the parties, through their undersigned respective counsel, stipulate and request that the Court approve the following litigation deadlines:

| Event | Old deadline | New deadline |
|---|---|---|
| Last day for Defendant to file a responsive pleading: | 10/14/2008 | 11/13/2008 |
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by Parties and Counsel | 10/17/2008 | 12/15/2008 |

| | | |
|---|---|---|
| (form available at http://www.cand.uscourts.gov)<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) | | |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | 10/31/2008 | 1/9/2009 |
| Initial Case Management Conference in Ctrm. 10, 19th Floor at 2:00 PM | 11/7/2008 | 1/16/09 |

IT IS SO STIPULATED.

Dated: October 8, 2008          Respectfully Submitted:

PLAINTIFFS
By their attorneys,

LEE & BRAZIEL

By: _____/s/ *J. Derek Braziel*_____
        J. Derek Braziel

Dated: October 8, 2008          Defendant TRUEPOSITION, INC.
By its attorneys,

MORGAN, LEWIS & BOCKIUS, LLP

By: _____/s/ *Brian L. Johnsrud*_____
        Brian L. Johnsrud

**ORDER**

AS STIPULATED BY THE PARTIES, IT IS SO ORDERED.

Dated: _____, 2008

_____
Hon. Susan Illston
United States District Court Judge

---

DB1/62175687.1          3          JOINT STIPULATION AND PROPOSED ORDER CONTINUING CERTAIN LITIGATION DEADLINES
CASE NO. C08-03616 SI