| | | |
|---|---|---|
| 1 | Jared E. Peterson, SBN 49700<br>jaredep@pacbell.net | J. Derek Braziel, *Pro Hac Vice*<br>LEE & BRAZIEL, LLP |
| 2 | LAW OFFICES OF JARED E. PETERSON<br>2017 Lincoln Street | 1801 N. Lamar Street, Suite 325<br>Dallas, Texas 75202 |
| 3 | Berkeley, California 94709<br>Telephone:    510.841.4462 | Telephone:    214.749.1400<br>Facsimile:    214.749.1010 |
| 4 | Facsimile:    510.841.4464<br>Email: jaredep@pacbell.net | Email: jdbraziel@l-b-law.com |
| 5 | | |
| 6 | *Attorneys for Plaintiffs*<br>VERSIL MILTON, CHRIS BEAGLE, | |
| 7 | ANDREW LORRICK, JAMIEL JAMIESON,<br>ED ZELTMAN, AND JON HOLIDAY | |
| 8 | Rebecca Eisen, SBN 96129 | Brian L. Johnsrud, SBN 184474 |
| 9 | MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower | Lauren S. Kim, SBN 210572<br>MORGAN, LEWIS & BOCKIUS LLP |
| 10 | San Francisco, California 94105-1126<br>Telephone:    415.442.1000 | 2 Palo Alto Square<br>3000 El Camino Real, Suite 700 |
| 11 | Facsimile:    415.442.1001<br>Email: reisen@morganlewis.com | Palo Alto, CA 94306-2122<br>Telephone: 650.843.4000 |
| 12 | | Facsimile: 650.843.4001<br>Email: bjohnsrud@morganlewis.com |
| 13 | | lkim@morganlewis.com |
| 14 | *Attorneys for Defendant*<br>TRUEPOSITION, INC. | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERSIL MILTON, CHRIS BEAGLE, ANDREW LORRICK, JAMIEL JAMIESON, ED ZELTMAN, AND JON HOLIDAY, on behalf of themselves and those similarly situated,<br><br>              Plaintiffs,<br><br>        v.<br><br>TRUEPOSITION, INC.,<br><br>              Defendant. | **CASE NO. C08-03616 SI**<br><br>COLLECTIVE ACTION/CLASS ACTION<br><br>**JOINT STIPULATION AND PROPOSED ORDER CONTINUING CERTAIN LITIGATION DEADLINES**<br><br>Judge: Hon. Susan Illston<br>Complaint Filed: July 29, 2008<br>Trial Date: Not set. |

## JOINT STIPULATION

Plaintiffs Versil Milton, Chris Beagle, Andrew Lorick, Jamiel Jamieson, Ed Zeltman and Jon Holiday ("Plaintiffs") and Defendant TruePosition, Inc. ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record named herein, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on July 29, 2008;

WHEREAS, the Court set certain litigation deadlines on February 13, 2009, regarding the motions for summary judgment;

WHEREAS, the Parties are continuing to engage in written discovery and depositions;

WHEREAS, the Parties have stipulated to a short continuance of the deadline for the motions for summary judgment in order to provide the Parties adequate time to resolve discovery issues and complete depositions;

WHEREAS, neither party has been or will be prejudiced by the short continuation of these certain litigation deadlines, and no prior extensions of these deadlines have been sought;

THEREFORE, the Parties, through their undersigned respective counsel, stipulate and request that the Court approve the following litigation deadlines:

| Event | Old deadline | New deadline |
| --- | --- | --- |
| Last day to file Notice of Motion for Summary Judgment: | 7/10/2009 | 9/11/2009 |
| Last day to file Opposition to Motion for Summary Judgment | 7/24/2009 | 9/25/2009 |
| Last day to file Reply to Opposition of Motion for Summary Judgment | 7/31/2009 | 10/2/2009 |
| Hearing on Motion for Summary Judgment | 8/14/2009 | 10/16/2009 |

///

///

///

1    IT IS SO STIPULATED.

Dated: June 30, 2009

Respectfully Submitted:

PLAINTIFFS
By their attorneys,

LAW OFFICES OF JARED E. PETERSON
LEE & BRAZIEL, LLP

By: *Jared E Peterson* (signature)
Jared E. Peterson

Dated: June 30, 2009

Defendant TRUEPOSITION, INC.
By its attorneys,

MORGAN, LEWIS & BOCKIUS LLP

By: *Rebecca Eisen / SG* (signature)
Rebecca Eisen

## ORDER

AS STIPULATED BY THE PARTIES, IT IS SO ORDERED.

*Susan Illston* (signature)

Dated: _____, 2009

Honorable Susan Illston
UNITED STATES DISTRICT COURT JUDGE