1  Jared E. Peterson, SBN 49700
   jaredep@pacbell.net
2  LAW OFFICES OF JARED E. PETERSON
   2017 Lincoln Street
3  Berkeley, California 94709
   Telephone: 510.841.4462
4  Facsimile: 510.841.4464
   Email: jaredep@pacbell.net
5
   *Attorneys for Plaintiffs*
6  VERSIL MILTON, CHRIS BEAGLE,
   ANDREW LORRICK, JAMIEL JAMIESON,
7  ED ZELTMAN, AND JON HOLIDAY

8  Rebecca Eisen, SBN 96129
   MORGAN, LEWIS & BOCKIUS LLP
9  One Market, Spear Street Tower
   San Francisco, California 94105-1126
10 Telephone: 415.442.1000
   Facsimile: 415.442.1001
11 Email: reisen@morganlewis.com

12
13 *Attorneys for Defendant*
   TRUEPOSITION, INC.
14

J. Derek Braziel, *Pro Hac Vice*
LEE & BRAZIEL, LLP
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
Telephone: 214.749.1400
Facsimile: 214.749.1010
Email: jdbraziel@l-b-law.com

Brian L. Johnsrud, SBN 184474
Lauren S. Kim, SBN 210572
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: 650.843.4000
Facsimile: 650.843.4001
Email: bjohnsrud@morganlewis.com
       lkim@morganlewis.com

15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA
17

18 VERSIL MILTON, CHRIS BEAGLE,
   ANDREW LORRICK, JAMIEL
19 JAMIESON, ED ZELTMAN, AND JON
   HOLIDAY, on behalf of themselves and
20 those similarly situated,

21              Plaintiffs,

22        v.

23 TRUEPOSITION, INC.,

24              Defendant.

CASE NO. C08-03616 SI

COLLECTIVE ACTION/CLASS ACTION

JOINT STIPULATION AND PROPOSED
ORDER CONTINUING CERTAIN
LITIGATION DEADLINES

Judge: Hon. Susan Illston
Complaint Filed: July 29, 2008
Trial Date: Not set.

25
26
27
28

DB2/21266358.2

JOINT STIPULATION AND PROPOSED ORDER
CONTINUING CERTAIN LITIGATION
DEADLINES
CASE NO. C08-03616 SI

## JOINT STIPULATION

Plaintiffs and Defendant (collectively, "the Parties") hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on July 29, 2008;

WHEREAS, on February 13, 2009, the Court set certain litigation deadlines regarding motions for summary judgment and class certification;

WHEREAS, the Parties have agreed to mediate the case (on October 8, 2009) and prefer to mediate before motions for summary judgment and conditional certification are heard;

WHEREAS, in light of the October 8 mediation, the Parties have stipulated to a short continuance of the deadlines for the motions for summary judgment and conditional certification;

WHEREAS, neither party has been or will be prejudiced by the short continuation of these litigation deadlines;

THEREFORE, the Parties request that the Court approve the following litigation deadlines:

| Event | Old deadline | New deadline |
|---|---|---|
| Further Case Management Conference | 8/14/2009 | 11/13/09 |
| Last day to file Notice of Motion for Summary Judgment: | 9/11/2009 | 1/15/2010 |
| Last day to file Opposition to Motion for Summary Judgment | 9/25/2009 | 1/29/2010 |
| Last day to file Reply to Opposition of Motion for Summary Judgment | 10/2/2009 | 2/5/2010 |
| Hearing on Motion for Summary Judgment | 10/16/2009 | 2/19/2010 |
| Last day for Plaintiffs to file Motion for Conditional Certification | 9/11/2009 | 1/15/2010 |
| Last day to file Opposition to Motion for Conditional Certification | 9/25/2009 | 1/29/2010 |
| Last day to file Reply to Opposition of Motion for Conditional Certification | 10/2/2009 | 2/5/2010 |
| Hearing on Motion for Class Certification | 10/16/2009 | 2/19/2010 |

1  IT IS SO STIPULATED.

2

3  Dated: August 11, 2009

                                                  Respectfully Submitted:

PLAINTIFFS
By their attorneys,

LAW OFFICES OF JARED E. PETERSON
LEE & BRAZIEL, LLP

By: _____
    Jared E. Peterson

Dated: August ___, 2009

Defendant TRUEPOSITION, INC.
By its attorneys,

MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Brian Johnsrud

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August ___, 2009 | Respectfully Submitted:<br><br>PLAINTIFFS<br>By their attorneys,<br><br>LAW OFFICES OF JARED E. PETERSON<br>LEE & BRAZIEL, LLP<br><br>By:_____<br>   Derek Braziel |
| Dated: August ___, 2009 | Defendant TRUEPOSITION, INC.<br>By its attorneys,<br><br>MORGAN, LEWIS & BOCKIUS LLP<br><br>By:_____/s/_____<br>   Brian Johnsrud |

**ORDER**

AS STIPULATED BY THE PARTIES, IT IS SO ORDERED.

Dated: _____, 2009

_[signature: Susan Illston]_

Honorable Susan Illston
UNITED STATES DISTRICT COURT JUDGE