1  Jared E. Peterson, SBN 49700
   jaredep@pacbell.net
2  LAW OFFICES OF JARED E. PETERSON
   2017 Lincoln Street
3  Berkeley, California 94709
   Telephone:  510.841.4462
4  Facsimile:  510.841.4464
   Email: jaredep@pacbell.net
5
   *Attorneys for Plaintiffs*
6  VERSIL MILTON, CHRIS BEAGLE,
   ANDREW LORRICK, JAMIEL JAMIESON,
7  ED ZELTMAN, AND JON HOLIDAY

8  Rebecca Eisen, SBN 96129
   MORGAN, LEWIS & BOCKIUS LLP
9  One Market, Spear Street Tower
   San Francisco, California 94105-1126
10 Telephone:  415.442.1000
   Facsimile:  415.442.1001
11 Email: reisen@morganlewis.com

12
13 *Attorneys for Defendant*
   TRUEPOSITION, INC.
14

J. Derek Braziel, *Pro Hac Vice*
LEE & BRAZIEL, LLP
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
Telephone:  214.749.1400
Facsimile:  214.749.1010
Email: jdbraziel@l-b-law.com

Brian L. Johnsrud, SBN 184474
Lauren S. Kim, SBN 210572
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: 650.843.4000
Facsimile: 650.843.4001
Email: bjohnsrud@morganlewis.com
       lkim@morganlewis.com

15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18  VERSIL MILTON, CHRIS BEAGLE, ANDREW LORRICK, JAMIEL 19  JAMIESON, ED ZELTMAN, AND JON HOLIDAY, on behalf of themselves and 20  those similarly situated,<br><br>21            Plaintiffs,<br><br>22      v.<br><br>23  TRUEPOSITION, INC.,<br><br>24            Defendant. | CASE NO. C08-03616 SI<br><br>COLLECTIVE ACTION/CLASS ACTION<br><br>JOINT STIPULATION AND PROPOSED ORDER CONTINUING CERTAIN LITIGATION DEADLINES<br><br>Judge: Hon. Susan Illston<br>Complaint Filed: July 29, 2008<br>Trial Date: Not set. |

25
26
27
28

DB2/21266358.2

JOINT STIPULATION AND PROPOSED ORDER
CONTINUING CERTAIN LITIGATION
DEADLINES
CASE NO. C08-03616 SI

## JOINT STIPULATION

Plaintiffs and Defendant (collectively, "the Parties") hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on July 29, 2008;

WHEREAS, on February 13, 2009, the Court set certain litigation deadlines regarding motions for summary judgment and class certification;

WHEREAS, the Parties have agreed to mediate the case (on October 8, 2009) and prefer to mediate before motions for summary judgment and conditional certification are heard;

WHEREAS, in light of the October 8 mediation, the Parties have stipulated to a short continuance of the deadlines for the motions for summary judgment and conditional certification;

WHEREAS, neither party has been or will be prejudiced by the short continuation of these litigation deadlines;

THEREFORE, the Parties request that the Court approve the following litigation deadlines:

| Event | Old deadline | New deadline |
|---|---|---|
| Further Case Management Conference | 8/14/2009 | 11/13/09 |
| Last day to file Notice of Motion for Summary Judgment: | 9/11/2009 | 1/15/2010 |
| Last day to file Opposition to Motion for Summary Judgment | 9/25/2009 | 1/29/2010 |
| Last day to file Reply to Opposition of Motion for Summary Judgment | 10/2/2009 | 2/5/2010 |
| Hearing on Motion for Summary Judgment | 10/16/2009 | 2/19/2010 |
| Last day for Plaintiffs to file Motion for Conditional Certification | 9/11/2009 | 1/15/2010 |
| Last day to file Opposition to Motion for Conditional Certification | 9/25/2009 | 1/29/2010 |
| Last day to file Reply to Opposition of Motion for Conditional Certification | 10/2/2009 | 2/5/2010 |
| Hearing on Motion for Class Certification | 10/16/2009 | 2/19/2010 |

1  IT IS SO STIPULATED.

2

3  Dated: August 11, 2009              Respectfully Submitted:

4                                       PLAINTIFFS
                                        By their attorneys,
5
                                        LAW OFFICES OF JARED E. PETERSON
6                                       LEE & BRAZIEL, LLP

7                                       By: _____/s/ Jared E. Peterson_____
                                             Jared E. Peterson
8

9  Dated: August ___, 2009              Defendant TRUEPOSITION, INC.
                                        By its attorneys,
10
                                        MORGAN, LEWIS & BOCKIUS LLP
11

12
                                        By:_____
13                                          Brian Johnsrud

| | |
|---|---|
| DB2/21266358.2 | JOINT STIPULATION AND PROPOSED ORDER CONTINUING CERTAIN LITIGATION DEADLINES |
| 3 | CASE NO. C08-03616 SI |

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |

Dated: August ___, 2009                  Respectfully Submitted:

PLAINTIFFS
By their attorneys,

LAW OFFICES OF JARED E. PETERSON
LEE & BRAZIEL, LLP


By:_____
    Derek Braziel


Dated: August ___, 2009                  Defendant TRUEPOSITION, INC.
By its attorneys,

MORGAN, LEWIS & BOCKIUS LLP


By:_____/s/_____
    Brian Johnsrud

## ORDER

AS STIPULATED BY THE PARTIES, IT IS SO ORDERED.

Dated: _____, 2009

*(signature)*

Honorable Susan Illston
UNITED STATES DISTRICT COURT JUDGE