IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERSIL MILTON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TRUEPOSITION, INC.,<br><br>    Defendant.<br>_____/ | No. C 08-03616 SI<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

    Plaintiffs have filed a motion for leave to file a First Amended Complaint, and defendant has filed a statement of non-opposition. The motion hearing currently set for May 14, 2010 is hereby VACATED and plaintiffs' unopposed motion is GRANTED. (Docket No. 48). Plaintiffs are directed to file their First Amended Complaint by **May 7, 2010.**

    **IT IS SO ORDERED.**

Dated: May 5, 2010

                                                 SUSAN ILLSTON<br>
                                                 United States District Judge