Jared E. Peterson, State Bar No. 49700
jaredep@pacbell.net
LAW OFFICES OF JARED E. PETERSON
2017 Lincoln Street
Berkeley, California 94709
Telephone: (510) 841-4462
Facsimile: (510) 841-4464

*Attorneys for Plaintiffs*
VERSIL MILTON, CHRIS BEAGLE, ANDREW LORRICK, JAMIEL JAMIESON, ED ZELTMAN, JON HOLIDAY, DAVID HARTLEY and BOBBIE DALTON

Rebecca Eisen, State Bar No. 96129
reisen@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001

*Attorneys for Defendant*
TRUEPOSITION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERSIL MILTON, CHRIS BEAGLE, ANDREW LORRICK, JAMIEL JAMIESON, ED ZELTMAN, JON HOLIDAY, DAVID HARTLEY and BOBBIE DALTON,<br><br>Plaintiffs,<br><br>v.<br><br>TRUEPOSITION, INC.,<br><br>Defendant. | CASE NO. C08-03616 SI<br><br>JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>[L.R. 6-1] |

1  WHEREAS, on April 9, 2010, Plaintiffs Versil Milton, Chris Beagle, Andrew Lorick,
2  Jamiel Jamieson, Ed Zeltman, Jon Holiday, Bobbie Dalton, and David Hartley ("Plaintiffs") filed
3  a Notice of Unopposed Motion for Order Allowing Filing of First Amended Complaint;
4  WHEREAS, Defendants did not oppose Plaintiffs' Motion for an Order Allowing Filing
5  of a First Amended Complaint which would remove all class allegations from the original
6  complaint and convert the class action into an individual action;
7  WHEREAS, the Court granted Plaintiff's unopposed Motion for Leave to File a First
8  Amended Complaint and ordered the FAC to be filed on or before May 7, 2010;
9  WHEREAS, on May 7, 2010, Plaintiffs filed a corrected version of the FAC which
10 removed inadvertent references to class allegations that were intended to be omitted;
11 WHEREAS, the responsive pleading to the FAC is presently due to be filed on or before
12 Monday, May 24, 2010;
13 WHEREAS, the parties are currently in the process of finalizing a settlement of this
14 action;
15 WHEREAS, in light of the pending settlement, Plaintiffs have agreed to give Defendant
16 an extension of time to file and serve its responsive pleading to the FAC; and
17 WHEREAS, the extension of time will not alter any event or deadline set by this Court in
18 this case.
19 NOW WHEREFORE, the parties hereby stipulate and agree pursuant to Local Rule 6-1(a)
20 that the last day for Defendants to file and serve their responsive pleading to Plaintiff's FAC
21
22
23
24
25 //
26 //
27 //
28 //

shall be extended from May 24, 2010 to July 12, 2010.

Dated: May 20, 2010

Respectfully Submitted:

PLAINTIFFS
By their attorneys,

LAW OFFICES OF JARED E. PETERSON

By: __/s/ Jared E. Peterson__
      Jared E. Peterson

Dated: May 20, 2010

Defendant TRUEPOSITION, INC.
By its attorneys,

MORGAN, LEWIS & BOCKIUS, LLP

By:   /s/ Rebecca Eisen
      Rebecca Eisen

## ORDER

On stipulation of the parties, and good cause appearing therefor:

**IT IS SO ORDERED.**

Dated: May ___, 2010

_Susan Illston_
Hon. Susan Illston
United States District Court Judge