1  | Jared E. Peterson, State Bar No. 49700
   | jaredep@pacbell.net
2  | LAW OFFICES OF JARED E. PETERSON
   | 2017 Lincoln Street
3  | Berkeley, California  94709
   | Telephone:      (510) 841-4462
4  | Facsimile:      (510) 841-4464

5  | *Attorneys for Plaintiffs*
   | VERSIL MILTON, CHRIS BEAGLE, ANDREW
6  | LORRICK, JAMIEL JAMIESON, ED ZELTMAN,
   | AND JON HOLIDAY
7  |
   | Rebecca Eisen, State Bar No. 96129
8  | reisen@morganlewis.com
   | MORGAN, LEWIS & BOCKIUS LLP
9  | One Market, Spear Street Tower
   | San Francisco, California  94105-1126
10 | Telephone:      415.442.1000
   | Facsimile:      415.442.1001
11 |
   | *Attorneys for Defendant*
12 | TRUEPOSITION, INC.

13

14

15 | **UNITED STATES DISTRICT COURT**

16 | **NORTHERN DISTRICT OF CALIFORNIA**

17

18 | VERSIL MILTON, CHRIS BEAGLE,    **CASE NO. C08-03616 SI**
   | ANDREW LORRICK, JAMIEL
   | JAMIESON, ED ZELTMAN, AND JON
19 | HOLIDAY,                        **JOINT STIPULATION OF DISMISSAL**
   |                                 **WITH PREJUDICE PURSUANT TO**
20 |                  Plaintiffs,    **FED. R .CIV. P. 41(a) AND [PROPOSED]**
   |                                 **ORDER THEREON**
21 |             v.

22 | TRUEPOSITION, INC.,

23 |                  Defendant.

24

25

26

27

28

---

1    Plaintiffs Versil Milton, Chris Beagle, Andrew Lorrick, Jamiel Jamieson, Ed Zeltman, Jon

2    Holiday, Bobbie Dalton, and David Hartley ("Plaintiffs") and Defendant TruePosition, Inc.

3    ("Defendant"), by and through their undersigned counsel and pursuant to Federal Rule of Civil

4    Procedure 41(a), hereby stipulate and agree that:

5    Plaintiffs filed their First Amended Complaint on May 7, 2010 (Case No. C08-03616) (the

6    "Action"). This is an individual action for alleged unpaid overtime wages under the Fair Labor

7    Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. § 201 *et seq.*, and for recovery of other

8    wages and payments allegedly due under the California Labor Code. Plaintiffs asserted they are

9    owed wages for meal and rest breaks and unpaid straight time and overtime work, arising out of

10   work assignments performed for the Defendant. Defendant denied, and continues to deny, that it

11   employed Plaintiffs at all, or that it was otherwise liable to Plaintiffs. The parties have reached a

12   resolution of this matter and entered into a confidential Settlement Agreement, which the parties

13   have agreed to present to this Court for *in camera* review and approval.

14   After extensive arms length negotiations, including a day long mediation conducted by a

15   mediator who is a member of this Court's mediator panel, the Parties believe that the Settlement

16   Agreement reflects a fair and reasonable resolution of Plaintiffs' claims. Accordingly, the Parties

17   jointly request that the Court approve their settlement and dismiss this case with prejudice

18

19

20

21

22

23

24

25   //

26   //

27   //

28   //

1

1   in its entirety, in accordance with the terms of the Agreement, by entry of this joint stipulation.

2   Dated: July 1, 2010                    Respectfully Submitted:

3                                          PLAINTIFFS
                                           By their attorneys,
4
                                           LAW OFFICES OF JARED E. PETERSON
5

6
                                           By:____/s/ Jared E. Peterson
7                                              Jared E. Peterson

8

9   Dated: July 1, 2010                    Defendant TRUEPOSITION, INC.
                                           By its attorneys,
10
                                           MORGAN, LEWIS & BOCKIUS, LLP
11

12
                                           By:     /s/ Rebecca Eisen
13                                              Rebecca Eisen

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DB2/21730436.1

                                           2

1

## ORDER

2          On stipulation of the parties, and good cause appearing therefor,

3          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

4          1)      The Court approves the individual settlement of this Action in its entirety,

5   including the dismissal of claims made under the Fair Labor Standards Act, which are deemed to

6   be a fair and reasonable settlement of Plaintiffs' claims.

7          2)      Plaintiffs' First Amended Complaint filed on May 7, 2010 (Case No. C08-03616)

8   is hereby dismissed with prejudice in its entirety.

9

10  Dated:  July ___, 2010          _____

11                                  Hon. Susan Illston
                                    United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE
CASE NO. C08-03616 SI

DB2/21730436.1